UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Luis Catala

        v.        Civil No. 05-cv-106-JD

NH Department of Corrections, Commissioner, et al.


O R D E R

On November 22, 2005, the Court issued an Order denying Defendant's Motion for Judgment on the Pleadings.  A copy of this Order was mailed to the defendant at the New Hampshire State Prison in Concord, NH.  His copy was returned to the court with a notation that Mr. Catala had been released.  A representative from the Clerk's Office called the Prison to confirm that Mr. Catala was not longer there and found out that he was paroled on November 2, 2005.

Pursuant to Local Rule 83.6(e) a pro se party is under a continuing duty to notify the clerk's office of any change of address.  In that Mr. Catala has not advised the court of a new address, this case is dismissed without prejudice.

    SO ORDERED.


December 22, 2005        /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge


cc:    Luis Catala, pro se
        Mary Maloney, Esq.